BETSY TONKINS, as Administratrix, etc., Respondent, *v.* THE NEW YORK FERRY COMPANY, Appellant.

(Argued March 29, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of February, 1888, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Peter C. Hendrick* for appellant.

*James C. Foley* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.